# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOANNA LEDBETTER,

    Plaintiff,

v.

TRANSUNION, LLC, and
EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.
_____/

Case No. 25-10597
Hon. Jonathan J.C. Grey
Mag. Judge Curtis Ivy, Jr.

## ORDER DISMISSING THE CASE WITH PREJUDICE

This matter is before the Court on Plaintiff Joanna Ledbetter's and Defendant Equifax Information Services, LLC's ("Equifax") joint stipulation of dismissal as to Equifax with prejudice and without costs to either party. (ECF No. 13.) Ledbetter previously dismissed Defendant TransUnion, LLC from this matter with prejudice and without costs, disbursements, or attorney's fees to either party. (ECF No. 8.) Pursuant to both stipulations, this matter is **DISMISSED WITH PREJUDICE** and without costs to any party. (ECF Nos. 8, 13.)

2

**SO ORDERED.**

                                            **s/Jonathan J.C. Grey**
                                            Jonathan J.C. Grey

Date: August 4, 2025               United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 4, 2025.

>  s/ **S. Osorio**
> Sandra Osorio
> Case Manager

3